# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OMOLABAKE OJOMO-BAKARE AND
DELE BAKARE, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILD, BRITNEY BAKARE

VERSUS

BATON ROUGE COMMUNITY
COLLEGE, THE BATON ROUGE
COMMUNITY COLLEGE
FOUNDATION, INC. AND XYZ
INSURANCE COMPANY

NO.   2021 CW 1488

**JANUARY 31, 2022**

---

In Re:   The State of Louisiana, through the Board of Supervisors of Louisiana Community and Technical Colleges, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 688629.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED WITH ORDER.** The district court judge sitting *pro tempore* had the authority to review any interlocutory order she rendered during the progress of this case under the broad powers conferred by La. Code Civ. P. art. 1631. Prior to final judgment, the judge had the discretion to change the substance or the result of an interlocutory ruling she found to be erroneous and set it aside without any formal motion. See **Jackson v. Ace Am. Ins. Co.**, 2017-0830, (La. App. 1st Cir. 9/21/18), 2018 WL 4562071, at *3 (unpublished). The district court's November 5, 2020 order granted a new trial and vacated the original judgment that denied defendant's exceptions. Although the exceptions were reset for hearing, when the matter came before the district court on September 7, 2021, the court treated it as a hearing on a motion for new trial rather than a hearing on the exceptions. As a result of the prior ruling that vacated the initial ruling on the exceptions, there is currently no ruling on defendant's exceptions. Accordingly, the September 30, 2021 judgment denying a new trial is vacated. The matter is remanded to the district court for consideration of the exceptions of No Cause of Action, Insufficiency of Service of Process, and Vagueness with Motion to Strike filed by defendant, Baton Rouge Community College.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT